# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

TOMMY BONIFACIO LOPEZ,                     )     NO. CV 09-0829 R (FMO)
                                           )
                      Petitioner,          )
                                           )
            v.                             )     **JUDGMENT**
                                           )
GARY SWARTHOUT, Warden,                    )
                                           )
                      Respondent.          )
_____)

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: Nov. 30, 2012.

_____
              MANUEL L. REAL
    UNITED STATES DISTRICT JUDGE